UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL JOSEPH HONCE,<br><br>                    Petitioner,<br><br>    vs.<br><br>CITY OF AUBURN,<br><br>                    Respondent. | NO.  CV-10-373-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON |

Magistrate Judge Hutton filed a Report and Recommendation on October 25, 2010, recommending Mr. Honce's habeas corpus petition be transferred to the Western District of Washington.  There being no objections, the court **ADOPTS** the Report and Recommendation.

Therefore, **IT IS ORDERED** this action is **TRANSFERRED** to the United States District Court for the Western District of Washington.  No ruling has been made regarding Petitioner's application to proceed *in forma pauperis* (Ct. Rec. 2) or his Motion for Release Pending Habeas Corpus Decision, to Produce Documents, and for Legal Copies. (Ct. Rec. 3).  The court notes Mr. Honce filed two additional letters with attachments (Ct. Recs. 5 & 6).

///

ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON -- 1

1    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this
2 Order, and forward a copy to Petitioner.  The District Court Executive is further directed
3 to forward this file with a copy of this Order to the Clerk of the United States District
4 Court for the Western District of Washington and close the file in this district.
5    **DATED** this   10th   day of November, 2010.

                                    *s/Lonny R. Suko*
                          _____
                                  LONNY R. SUKO
                          CHIEF UNITED STATES DISTRICT JUDGE

28  ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING
    PETITION TO WESTERN DISTRICT OF WASHINGTON -- 2